IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CURTISS L. JEMISON,
    Plaintiff,

vs.                                       Case No.: 3:12cv57/RV/CJK

CMDR. HEMPHILL, et al.,
    Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff, a prisoner proceeding *pro se*, commenced this civil rights action on February 3, 2012, by filing a complaint under 42 U.S.C. § 1983, and a motion to proceed *in forma pauperis*. (Docs. 1 and 2). The plaintiff's *in forma pauperis* motion was found to be deficient and he was given thirty (30) days to file a signed prisoner consent form and an account statement reflecting transactions for the six-month period preceding the filing of the complaint. (Doc. 4). Plaintiff filed numerous documents but failed to file a consent form or account statement.

Therefore, on May 2, 2012, an order was entered giving plaintiff fourteen (14) days to show cause why this action should not be dismissed for failure to prosecute and failure to comply with an order of the court. (Doc. 10). To date, plaintiff has failed to comply or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That all pending motions be DENIED as moot.

3. That the clerk be directed to close the file.

DONE AND ORDERED this 3rd day of July, 2012.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).